FILED

03/21/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0049

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0049

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

ROBERT WINSTONE,

      Defendant and Appellant.

## ORDER

Upon consideration Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including April 30, within which to prepare, serve, and file its response brief.

**BF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 21 2022